# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bradley Sutton, et al.,

        Plaintiffs,                      Civil No. 08-5122 (RHK/JJK)

vs.                                **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

FCA Restaurant Company, LLC,
e al.,

        Defendants

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 15, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge